IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ALLISON L. HARVEY, | CV 17-22-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Defendant has filed an unopposed motion for extension of time to file a response to Plaintiff's opening brief. (Doc. 20.) Good cause appearing, **IT IS ORDERED** that Defendant's response brief is due by November 24, 2017, and Plaintiff's reply is due December 8, 2017.

DATED this 23rd day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge