UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLISON L. HARVEY,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Social Security Commissioner<br><br>               Defendant. | Case No. CV-17-022-BLG-SPW-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 15th day of December, 2017.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Julie Collins
                                     Julie Collins, Deputy Clerk